UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CANON, INC., et al., <br><br> Defendants. _____/ | No. C 14-3640 CW <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:   January 21, 2015 <br> Mediator:   Shirish Gupta |
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HITI DIGITAL AMERICA, INC., <br><br> Defendant. _____/ | No. C 14-3642 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CANON, INC., et al., <br><br> Defendants. _____/ | No. C 14-3647 CW |

IT IS HEREBY ORDERED that the requests to excuse all parties from appearing in person at the January 21, 2015, mediation before Shirish Gupta are GRANTED. The parties shall participate

///

///

telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

| January 12, 2015 | By: | |
|---|---|---|
| Dated | | Maria-Elena James<br>United States Magistrate Judge |